# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: __15-9257__

V. : CRIMINAL ACTION

__Reuben Louis__ : ORDER OF RELEASE

The Court orders the defendant, __Reuben Louis__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__[signature]__ __10/8/15__
DEFENDANT         DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__[signature]__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__10/8/15__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

__[signature] Leslie Richards__
U.S. PRETRIAL SERVICES OFFICER